UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

        vs.

LARI ZEKA, D-2,

        Defendant.
_____/

CR. NO. 10-20581

HONORABLE ROBERT H. CLELAND

## ORDER

### EXTENDING REPORTING DATE TO FEDERAL INSTITUTION

This matter, having come before the Court on Defendant's motion, and with the Government taking no position on Defendant's motion;

IT IS HEREBY ORDERED that Defendant's reporting date to NE Ohio Correction Center, in Youngstown, Ohio, is extended by 30 days, from **April 30, 2013, until May 30, 2013**, pursuant to 18 U.S.C. 3143(a).

**SO ORDERED:**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: April 26, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 26, 2013, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522